No. 82–1745. PASCOE *v.* KUEHNAST. Appeal from Ct. App. Tex., 10th Sup. Jud. Dist., dismissed for want of jurisdiction.

No. 82–6726. NEAL *v.* ALABAMA. Appeal from D. C. N. D. Ala. dismissed for want of jurisdiction.

No. 82–268. FIRST PENNSYLVANIA BANK, N. A. *v.* LANCASTER COUNTY TAX CLAIM BUREAU ET AL. Appeal from Sup. Ct. Pa. Judgment vacated and case remanded for further consideration in light of *Mennonite Board of Missions* v. *Adams,* 462 U. S. 791 (1983).

No. 81–307. WEST *v.* UNITED STATES. C. A. 1st Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Place,* 462 U. S. 696 (1983).

No. 81–935. JEFFBOAT, INC. *v.* ROBERTSON, ADMINISTRATOR. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Jones & Laughlin Steel Corp.* v. *Pfeifer,* 462 U. S. 523 (1983).

No. 82–650. PAVLAK *v.* CHURCH, CHIEF OF POLICE FOR THE CITY OF BOISE, ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Crown, Cork & Seal Co.* v. *Parker,* 462 U. S. 345 (1983); and *Chardon* v. *Fumero Soto,* 462 U. S. 650 (1983).